**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Ramon Morga, | Case No. 2:21-cv-01743-APG-BNW |
| Petitioner | |
| v. | **Order** |
| Charles Daniels, et al., | |
| | [ECF Nos. 9, 16] |
| Respondents | |

On February 25, 2022, respondents filed a motion to dismiss [ECF No. 13] in response to the first amended habeas petition [ECF No. 4] in this case. Citing his inability to access the prison law library and his need to rely on law clerks, petitioner Morga has filed a motion asking for an additional 60 days to file his opposition to the motion. ECF No. 16. Morga has established good cause for the extension.

I THEREFORE ORDER that Morga's motion for extension of time [ECF No. 16] is GRANTED. Morga shall have until **May 11, 2022**, to file his response to the motion to dismiss [ECF No. 13]. In all other respects, my order entered on November 1, 2021, [ECF No. 6] will continue to govern these proceedings.

I FURTHER ORDER that Morga's motion for reconsideration of my decision to deny appointment of counsel [ECF No. 9] is DENIED.

Dated: March 9, 2022

_____
U.S. District Judge Andrew P. Gordon