# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Ramon Morga,<br><br>                            Petitioner<br>v.<br>Charles Daniels, et al.,<br><br>                            Respondents | Case No.  2:21-cv-01743-APG-BNW<br><br>**Order**<br><br>[ECF Nos. 21,22 ] |

On June 1, 2022, I entered an order (ECF No. 20) dismissing Grounds 1, 2, and 3 from petitioner Morga's habeas petition (ECF No. 4) and directing respondents to file an answer to Morga's remaining claims by August 1, 2022. Prior to that deadline, Morga filed a motion for appointment of counsel (ECF No. 21) and a motion for continuance (ECF No. 22).

Morga appears to have filed these motions under the misapprehension that he, rather than or in addition to the respondents, was required to file a response to my order by August 1. Because that is not the case, there is no reason for me to grant his request for a continuance. If he needs additional time to file a reply to the answer when that time comes, I will grant reasonable extensions upon a showing of good cause.

I will also deny Morga's motion for appointment of counsel. The remaining claims in this petition – i.e., Grounds 4 through 8 – are clearly and forcefully pled. At this point, there is no indication that discovery or an evidentiary hearing is warranted in this case. And, I am not inclined to appoint counsel for the sole purpose of assisting Morga with his reply.

I THEREFORE ORDER that Morga's motions for appointment of counsel [ECF No. 21] and for continuance [ECF No. 22] are DENIED.

I FURTHER ORDER that respondents shall have **until December 1, 2022** to file and serve an answer to the remaining claims in the petition. Morga shall have **60 days** from the date on which the answer is served on him to file and serve a reply.

Dated: October 4, 2022

_____
U.S. District Judge Andrew P. Gordon