# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Ramon Morga, | Case No. 2:21-cv-01743-APG-BNW |
| Petitioner | |
| v. | **Order** |
| Charles Daniels, et al., | |
| Respondents | |

On October 4, 2022, I entered an order directing the respondents to file an answer to the remaining claims in petitioner Morga's habeas petition by December 1, 2022. ECF No. 24. Due to a docketing error, that order was not served on the respondents. So, I will extend the deadline for respondents' answer.

I THEREFORE ORDER that respondents shall have **until March 1, 2023** to file and serve an answer to the remaining claims in the petition (ECF No. 4). Morga shall have **60 days** from the date on which the answer is served on him to file and serve a reply.

I FURTHER ORDER that the Clerk of Court **remove** the *ex parte* restriction on my prior order (ECF No. 24).

Dated: December 26, 2022

_____
U.S. District Judge Andrew P. Gordon