# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Ramon Morga,<br><br>　　　　　　　　Petitioner<br>v.<br>Charles Daniels, et al.,<br><br>　　　　　　　　Respondents | Case No. 2:21-cv-01743-APG-BNW<br><br>**Order**<br><br>[ECF No. 30] |

Petitioner, Ramon Morga, filed a motion asking for an additional month to file his reply to the respondents' answer. ECF No. 30. In support of the motion, he claims that, due to a prison lockdown lasting several weeks, he had been unable to access a law clerk or the law library until July 4, 2023. I find the motion to be filed in good faith and not for the purposes of delay.

I THEREFORE ORDER that Morga's motion for an enlargement of time [ECF No. 30] is GRANTED. Morga has **until August 7, 2023** to file and serve his reply.

Dated: July 12, 2023

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　U.S. District Judge Andrew P. Gordon